# EXHIBIT B

Claim Chart for U.S. Patent No. 11,932,441

### *Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.0]**<br><br>A container, comprising:<br><br>a container body, the container body defining a first opening to an interior of the container body; and<br><br>a lid connected to the container body and covering the first opening to the interior of the container body;<br><br>wherein the container body is made out of a resin;<br><br>wherein the lid is made out of a metal; |  |

## *Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.1]**<br><br>wherein the container body comprises a container side wall and a base portion connected to the container side wall;<br><br>wherein the base portion comprises a bottom and a first depression formed therein, the first depression extending upwardly from the bottom;<br><br>wherein the first depression at least partially defines a first outline;<br><br>wherein the base portion further comprises a center element centered with respect to the first outline at least partially defined by the first depression;<br><br>wherein each of the center element, and the first outline at least partially defined by the first depression, is centered with respect to the container side wall;<br><br>wherein each of the center element, and the first outline at least partially defined by the first depression, is centered with respect to the base portion; | "wherein the container body comprises a container side wall …"<br><br>"wherein the base portion comprises a bottom and a first depression formed therein, the first depression extending upwardly from the bottom"<br><br>"… and a base portion connected to the container side wall"<br><br>wherein the first depression at least partially defines a first outline;<br><br><br><br>…the base portion further comprises a center element centered with respect to the first outline at least partially defined by the first depression;<br><br>... the center element, and the first outline at least partially defined by the first depression, is centered with respect to the container side wall;<br><br>... the center element, and the first outline at least partially defined by the first depression, is centered with respect to the base portion; |

*Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.2]**<br><br>wherein a cross-sectional diameter of the first opening to the interior of the container body is less than a cross-sectional diameter of a middle portion of the container side wall;<br>wherein the base portion defines a diameter that is less than the cross-sectional diameter of the middle portion of the container side wall; | "wherein a cross-sectional diameter of the first opening to the interior of the container body is less than a cross-sectional diameter of a middle portion of the container side wall"<br><br><br><br>"wherein the base portion defines a diameter that is less than the cross-sectional diameter of the middle portion of the container side wall" |

3

*Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.3]**<br><br>wherein a lower portion of the container side wall extends downwardly from the middle portion of the container side wall to the base portion of the container body, the lower portion along its entirety being greater in diameter than the base portion, including the bottom, thereby rendering the container body stemless; | <br><br>"wherein a lower portion of the container side wall extends downwardly from the middle portion of the container side wall to the base portion of the container body..."<br><br>"...the lower portion along its entirety being greater in diameter than the base portion, including the bottom, thereby rendering the container body stemless" |

4

20

*Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.4]**<br><br>wherein the container body further comprises a circular neck extending from the container side wall so that the container side wall extends between the circular neck and the base portion;<br><br>wherein an upper edge of the container side wall is adjacent to the circular neck of the container body; | "wherein the container body further comprises a circular neck extending from the container side wall …"<br><br>"wherein an upper edge of the container side wall is adjacent to the circular neck of the container body"<br><br><br><br>"… so that the container side wall extends between the circular neck and the base portion"<br><br> |

5

*Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.5]**<br><br>wherein the container body further comprises a lip at an end of the circular neck opposite the upper edge of the container side wall;<br>wherein the circular neck is adjacent to the lip;<br>wherein a first portion of the lid is above the lip of the container body; | "wherein a first portion of the lid is above the lip of the container body"<br><br>"… a lip at an end of the circular neck opposite the upper edge of the container side wall"<br><br>"wherein the circular neck is adjacent to the lip" |

*Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.6]**<br><br>wherein the first portion of the lid defines a first circular shape;<br><br>wherein the first portion of the lid further defines a second circular shape around which the first circular shape circumferentially extends;<br><br>wherein the second circular shape defined by the first portion of the lid is concentric with the first circular shape defined by the first portion of the lid;<br><br>wherein the first circular shape defined by the first portion of the lid is radially positioned between the container side wall and the second circular shape defined by the first portion of the lid;<br><br>wherein a second portion of the lid extends horizontally and is positioned so that the second circular shape is radially positioned between the second portion of the lid and the first circular shape; | "wherein the first portion of the lid defines a first circular shape"<br><br>"wherein the first portion of the lid further defines a second circular shape around which the first circular shape circumferentially extends"<br><br>"wherein the second circular shape…is concentric with the first circular shape…"<br><br>"wherein the first circular shape…is radially positioned between the container side wall and the second circular shape…"<br><br>"wherein a second portion of the lid extends horizontally and is positioned so that the second circular shape is radially positioned between the second portion of the lid and the first circular shape"<br><br> |

*Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.7]**<br><br>wherein the second portion of the lid defines a total area across which the second portion of the lid extends horizontally;<br><br>wherein the second portion of the lid comprises a weakened or scored area;<br><br>wherein the weakened or scored area is less than the total area across which the second portion of the lid extends horizontally; | "wherein the second portion of the lid defines a total area across which the second portion of the lid extends horizontally"<br><br>"wherein the second portion of the lid comprises a weakened or scored area"<br><br>"wherein the weakened or scored area is less than the total area across which the second portion of the lid extends horizontally"<br><br> |

8

## *Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.8]**<br><br>wherein the lid further comprises an arm connected to the second portion of the lid and radially positioned within the second circular shape;<br>wherein the arm comprises opposing first and second end portions;<br>wherein the arm is pivotable from a first position, in which the arm extends horizontally and the weakened or scored area is not deformed, to a second position, in which the arm does not extend horizontally and the weakened or scored area is deformed to provide a second opening to the interior of the container body; | <br><br>"…the arm comprises opposing **first** and second end portions"<br><br>"…the lid further comprises an arm connected to the second portion of the lid and radially positioned within the second circular shape"<br><br>"…the arm comprises opposing first and **second** end portions"<br><br>"…the arm is pivotable from a first position, in which the arm extends horizontally and the weakened or scored area is not deformed…"<br><br>"…to a second position, in which the arm does not extend horizontally and the weakened or scored area is deformed to provide a second opening to the interior of the container body" |

9

25

*Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.9]**<br><br>wherein an upper portion of the container side wall extends upwardly from the middle portion of the container side wall to the upper edge of the container side wall, the upper portion along its entirety being greater in diameter than the first opening to the interior of the container body; | "wherein an upper portion of the container side wall extends upwardly from the middle portion of the container side wall to the upper edge of the container side wall..."<br><br>"...the upper portion along its entirety being greater in diameter than the first opening to the interior of the container body" |

10

### *Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| [1.10]<br><br>wherein the container body contains a liquid therewithin;<br><br>wherein the lid cooperates with the lip to provide a seal so that the liquid contained within the container body is sealed against leaking out from between the container body and the lid;<br><br>wherein, when the arm of the lid is in the first position and the weakened or scored area is not deformed:<br><br>the first end portion of the arm is not positioned above the weakened or scored area of the second portion of the lid; and<br><br>at least a portion of the second end portion of the arm is positioned above the weakened or scored area of the second portion of the lid; | "wherein the container body contains a liquid therewithin"<br><br>"wherein the lid cooperates with the lip to provide a seal so that the liquid contained within the container body is sealed against leaking out from between the container body and the lid"<br><br>"wherein, when the arm of the lid is in the first position and the weakened or scored area is not deformed…"<br><br>"…the first end portion of the arm is not positioned above the weakened or scored area of the second portion of the lid…"<br><br>"…at least a portion of the second end portion of the arm is positioned above the weakened or scored area of the second portion of the lid"<br><br> |

### *Exhibit B Claim Chart for U.S. Patent 11,932,441*

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.11]**<br><br>wherein the container side wall extends<br>    between the circular neck and the base<br>    portion so that:<br>    the upper portion of the container side<br>        wall defines a first angle:<br>        between the upper portion of the<br>            container side wall and the<br>            bottom of the base portion,<br>            and<br>        with respect to the bottom of<br>            the base portion;<br>    the middle portion of the container side<br>        wall defines a second angle:<br>        between the middle portion of the<br>            container side wall and the<br>            bottom of the base portion,<br>            and<br>        with respect to the bottom of the<br>            base portion; |  |

### *Exhibit B Claim Chart for U.S. Patent 11,932,441*

| [1.11] Cont. | | |
|---|---|---|
| the lower portion of the container side wall defines a third angle: between the lower portion of the container side wall and the bottom of the base portion, and with respect to the bottom of the base portion; the first angle is an acute angle; the third angle is an obtuse angle; the second angle is greater than the first angle; and the third angle is greater than the second angle; | "…the lower portion of the container side wall defines a third angle: between the lower portion of the container side wall and the bottom of the base portion, and with respect to the bottom of the base portion…" "…the third angle is an obtuse angle" "…the third angle is greater than the second |  |

**_Exhibit B Claim Chart for U.S. Patent 11,932,441_**

| Claim 1 of U.S. Patent No. 11,932,441 | BIG SIPZ Container |
|---|---|
| **[1.12]**<br><br>and<br><br>wherein the interior of the container body<br>     extends continuously across the<br>     cross-sectional diameter of the<br>     middle portion at a height midway<br>     between the circular neck and the<br>     base portion so as to be interrupted,<br>     if at all, only by the liquid contained<br>     within the container body. | "wherein the interior of the container body extends continuously across the cross-sectional diameter of the middle portion at a height midway between the circular neck and the base portion so as to be interrupted, if at all, only by the liquid contained within the container body"<br> |

14