J. COLBY WILLIAMS, ESQ (5549)
jcw@cwlawlv.com
CAMPBELL & WILLIAMS
710 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

JASON P. BLOOM, ESQ.
(*pro hac vice*) (TX Bar No. 24045511)
jason.bloom@haynesboone.com
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

JASON W. WHITNEY, ESQ.
(*pro hac vice*) (TX Bar No. 24066288)
jason.whitney@haynesboone.com
HAYNES AND BOONE, LLP
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone: (210) 978-7000
Facsimile: (210) 978-7450

*Attorneys for Plaintiff BuzzBallz, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BUZZBALLZ, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MPL BRANDS NV, INC. d/b/a PATCO BRANDS, <br><br> Defendant. | Case No.: 2:24-cv-00548-JAD-BNW <br><br> **JOINT MOTION TO CLARIFY THE ORDER GRANTING DISCOVERY PLAN (ECF NO. 27)** |

Plaintiff BuzzBallz, LLC ("BuzzBallz") and Defendant MPL Brands NV, Inc. d/b/a Patco Brands ("Patco") respectfully submit this Joint Motion to Clarify the Order Granting Discovery Plan (ECF No. 27), and in support thereof state as follows:

On June 21, 2024, the parties submitted their Proposed Rule 26(f) Report, Discovery Plan, and Scheduling Order (the "Report") as ECF No. 25.[1] While the parties agreed on many aspects of the Report, when it came to the schedule, the Report contained two competing positions and two different proposed schedules, one from BuzzBallz and another from Patco. *See* ECF No. 25 at 2-5.

On June 25, 2024, the Court signed and entered the Discovery Plan and Scheduling Order (the "Order") as ECF No. 27. The Order still contains both parties' competing positions on the schedule, while the ECF notice for the Order includes only a few deadlines proposed by BuzzBallz. As such, the parties are uncertain which of the proposed schedules, if either, the Order intended to adopt.

Therefore, BuzzBallz and Patco respectfully request clarification of the Order Granting Discovery Plan (ECF No. 27) by identifying which of the parties' competing proposed schedules, if either, the Order adopted. The parties welcome a hearing on this joint motion, if the Court deems it beneficial.

DATED this 27th day of June, 2024

CAMPBELL & WILLIAMS

By: /s/ Jason W. Whitney
J. COLBY WILLIAMS, ESQ. (5549)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

HAYNES AND BOONE, LLP
JASON P. BLOOM, ESQ. (*pro hac vice*)
2801 N. Harwood Street, Suite 2300

DATED this 27th day of June, 2024

GARMAN TURNER GORDON LLP

By: /s/ Ruben Tyler Kendrick
ERIC R. OLSEN
Nevada Bar No. 3127
JARED M. SECHRIST
Nevada Bar No. 10439
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

PERKINS COIE LLP
Ruben Tyler Kendrick (pro hac vice)

---

[1] When filed, the Report was misidentified as a "Stipulated" filing. The ECF entry was corrected to a "Proposed" filing on the morning of June 24, 2024 with assistance from the ECF Helpdesk.

| | |
|---|---|
| Dallas, TX 75201<br>JASON W. WHITNEY, ESQ. (*pro hac vice*)<br>112 East Pecan Street, Suite 1200<br>San Antonio, Texas 78205<br><br>*Attorneys for Plaintiff* | RKendrick@perkinscoie.com<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000<br>Facsimile: +1.206.359.9000<br><br>*Attorneys for Defendant* |