1  M. Craig Tyler (Pro Hac Vice)
Texas Bar No. 794762
2  CTyler@perkinscoie.com
Andrew Kalamarides (Pro Hac Vice)
3  Texas Bar No. 24136939
4  AKalamarides@perkinscoie.com
Helena E.D. Burns (Pro Hac Vice)
5  Texas Bar No. 24143961
HBurns@perkinscoie.com
6  PERKINS COIE LLP
7  405 Colorado St., Suite 1700
Austin, Texas 78701
8  Tel.: 737.256.6100

9  Daniel T. Shvodian
California Bar No. 184576
10  DShvodian@perkinscoie.com
PERKINS COIE LLP
11  3150 Porter Drive
12  Palo Alto, CA 94304
Tel: 650.838.4300
13
14  R. Tyler Kendrick (Pro Hac Vice)
Washington Bar No. 55094
15  RKendrick@perkinscoie.com
PERKINS COIE LLP
16  1201 Third Avenue, Ste 4900
Seattle, WA 98101
17  Tel.: 206.359.8000

18
Attorney for Defendant
19  MPL Brands NV, Inc. d/b/a Patco Brands

20                  UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22

23  BUZZBALLZ, LLC,                              Case No. 5:24-cv-04412-EKL

24                    Plaintiff,
                                                 [~~PROPOSED~~] ORDER STAYING CASE
25        v.                                     PENDING POST-GRANT REVIEW

26  MPL BRANDS NV, INC. d/b/a                      *AS MODIFIED*
    PATCO BRANDS,

27                    Defendant.

28

---

CASE NO.: 5:24-cv-04412-EKL                                    ~~PROPOSED~~ ORDER

1    The Court, having considered Defendant MPL Brands NV, Inc. d/b/a Patco

2  Brands' Unopposed Motion to Stay Case Pending Post-Grant Review, the parties' papers

3  submitted in connection therewith, and other evidence of record, hereby rules as follows:

4    IT IS HEREBY ORDERED that:

5  The Motion is GRANTED and this case is hereby STAYED pending resolution of the

6  United States Patent Trial and Appeal Board's post-grant review proceedings regarding

7  U.S. Patent No. 11,932,441, including any appeals therefrom.

8

9    IT IS FURTHER ORDERED that:  The parties shall file an administrative motion to lift

10  the stay within 14 days of the issuance of the Patent Trial and Appeal Board's decision in the Post

11  Grant Review proceeding, attaching a copy of the decision.  *See* Civ. L.R. 7-11.

12

13  Dated:  January 28, 2025

14                                    The Honorable Eumi K. Lee
                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---