**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BUZZBALLZ, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MPL BRANDS NV, INC. d/b/a PATCO BRANDS,<br><br>Defendant. | Case Number: 5:24-cv-04412-EKL<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: November 23, 2026 */s/ Jason P. Bloom*
Counsel for Plaintiff

Dated: November 23, 2026 */s/ Daniel T. Shvodian*
Counsel for Defendant

**IT IS ORDERED** that the forgoing Joint Stipulation is approved.

Dated: November 23, 2026
UNITED STATES DISTRICT JUDGE